AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
FID 11916835

for the

District of Columbia

> **RECEIVED**
> By USMS District of Columbia District Court at 1:17 pm, Jan 30, 2026

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:26-mj-00015 |
| Dandre Eric Davis  (AKA: N/A) | ) Assigned To: Judge Upadhyaya, Moxila A. |
| | ) Assign. Date: 1/29/2026 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Dandre Eric Davis                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2),(b)(1) (Distribution of Child Pornography).

Date:    01/29/2026

*Issuing officer's signature*

City and state:        Washington, D.C.                    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/29/26 , and the person was arrested on *(date)*  2/2/26 |
| at *(city and state)*  Washington D.C. |
| Date:  2/2/26 |
| *Arresting officer's signature* |
| Amandari  *Printed name and title* |